

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT:AFM/ICR

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 12, 2019

By ECF

The Honorable Arlene R. Hurley
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Jack Cabasso et. al.
      Criminal Docket No. 19-582 (DRH)

Dear Judge Lindsay:

   The defendants in this case were indicted on December 9, 2019, and the first status conference is scheduled for January 15, 2020 at 10:30 a.m.

   The government writes to respectfully request that the defendants' initial arraignment on the indictment be held before the duty magistrate in the Brooklyn courthouse, where the defendants made their initial appearances. We have communicated with defense counsel, who do not object to this application.

              Respectfully submitted,

              RICHARD P. DONOGHUE
              United States Attorney

         By:   /s/
             Alexander Mindlin
             Assistant U.S. Attorney
             (718) 254-6433