BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: Jan. 6, 2020  
TIME ON: 2:00  
TIME OFF: 2:30

Case No. 19CR582 (DRH)   Courtroom Deputy: Robert Imrie

Criminal Cause for Bail Application

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ JAN 06 2020 ★  
LONG ISLAND OFFICE

Defendant: JACK CABASSO  
Present ✓   Not Present ___   In Custody ✓   On Bail/Bond ___

Attorney: ALBERT Y. DAYAN   Ret'd ___ CJA ___ FD of NY ___

AUSA: IAN RICHARDSON

Interpreter: —

ESR Time: 2:00 - 2:25

✓ Case Called       ✓ Counsel for all sides present.

✓ Order Setting Conditions of Release and Bond entered.   ✓ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ___ Waived; ___ Set for _____.

___ Waiver of Speedy Indictment executed from _____ to _____.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES: _____