| **ALBERT Y. DAYAN** | 80-02 Kew Gardens Rd., #902, Kew Gardens, N.Y. 11415 |
|---|---|
| Attorney at Law | Tel: (718) 268-9400:     Fax: (718) 268-9404 |

**By ECF:**

September 2, 2020

The Honorable Arlene R. Lindsay
Magistrate Judge of the
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

    Re:   *United States v. Jack Cabasso et. al.*
              *Criminal Docket No. 19-CR-582 (DRH)*

Dear Judge Lindsay:

    Please accept this letter as a respectful request to modify the conditions of release for Mr. Jack Cabasso.  Based on number of conversations with Government and emails to Pretrial Services, the following proposed modifications are not opposed to by the Government and Pretrial Services.

    The original order setting conditions of release and bond was entered on January 06, 2020.  Defendant was released into home detention on a $3,000,000.00 bond secured by property and $200,000.00 cash bail, surrendered his passport and is currently being supervised by the U.S. Pretrial Services while on an ankle bracelet.  Mr. Cabasso has been fully compliant with the conditions of his release.

    Since the original conditions of release do not preclude Mr. Cabasso from engaging in the same type of business as did Aventura, bar everything that is alleged to be unlawful in the indictment, Mr. Cabasso will incorporate a "New Company" of which he will be the sole shareholder and be engaged in similar type of business as Aventura.

    Defendant's first unopposed narrowly tailored request to modify the original conditions of his release is from no contact with Aventura's former customers to allowing the "New Company" to provide services, sustainment and maintenances to Aventura's former clients should they be in need of such services.   However, the "New Company" shall not complete any of unfinished installations initiated by Aventura.  To be clear, as to Aventura's former customers, the "New Company" shall be limited to providing services, sustainment and maintenance only.

Defendant's second unopposed respectful narrowly tailored request to modify the original conditions of his release is, from no contact and communication with former employees of Aventura, to allowing Mr. Cabasso to communicate with former unindicted Aventura employees should they come across his newly formed company.  Mr. Cabasso will not discuss the merits of his case with any former employees and/or customers of Aventura.

Defendant's third unopposed to by the government and not objected to by Pretrial Services narrowly tailored request to modify the original conditions of his release is from 24 hour home detention to allowing him to travel from home address at 1 Lady Janes Way, Northport, New York to his business office located at 48 Mall Drive, Commack, New York, on a daily basis from 8:00 am to 6:00 pm.

As agreed by the parties to this action, Defendant agrees to provide to his counsel on the 14th and last day of each month a list of persons and organizations the "New Company" associated with in the administration of its' business in the 14 days preceding the date of submitting the list.  Defense counsel will provide said list to the Government on a rolling basis.

                Best regards,

*Sgd:*   *Albert Y. Dayan*
        Albert Y. Dayan
        Attorney at Law

cc:    AUSA Alexander Mindlin
       USPO Amanda Sanchez