

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 17, 2020

By Email and ECF

James M. Branden
Albert Y. Dayan
Kenneth J. Kaplan
Joel M. Stein
Geoffrey R. Kaiser
Todd D. Greenberg
John S. Wallenstein
Richard D. Willstatter

> Re:   United States v. Jack Cabasso, et al.
>        Criminal Docket No. 19-CR-582 (DRH)

Dear Counsel:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The materials produced are subject to the protective order entered in this case on May 29, 2020.

Specifically, enclosed please find Quickbooks Enterprise database files that were seized pursuant to search warrant from Aventura's Quickbooks server (AVENTURA_0000000515 – 522). Login information for these files will be provided upon request; note that these files can only be accessed with proprietary Quickbooks Enterprise software.

In order to make this information more accessible to defense counsel, the government is also producing two sets of data extracted from the Quickbooks database file Bates numbered AVENTURA_0000000519. This data includes a Microsoft access database that contains the contents of that Quickbooks database (AVENTURA_0000000523), as well as standardized reports exported from Quickbooks (AVENTURA_0000000511 – 514). Further details regarding each file are contained in the table below.

The government renews its request for reciprocal discovery from the defendants.

| Records | Bates Number |
|---|---|
| Quickbooks Report - Sales by Customer | AVENTURA_0000000511 |
| Quickbooks Report - Inventory Valuation | AVENTURA_0000000512 |
| Quickbooks Report - Purchases by Vendor | AVENTURA_0000000513 |
| Quickbooks Report - Purchases by Item | AVENTURA_0000000514 |
| Quickbooks Database - Northport Group Inc.QBW | AVENTURA_0000000515 |
| Quickbooks Database - Northport Group.QBW | AVENTURA_0000000516 |
| Quickbooks Database - NORTHPORT REALTY GROUP LLC.04.12.2019 (Backup Sep 09,2019  07 44 AM).QBB | AVENTURA_0000000517 |
| Quickbooks Database - NORTHPORT REALTY GROUP LLC.QBW | AVENTURA_0000000518 |
| Quickbooks Database - SBU_0_Aventura Technologies2017 - Nov 05,2019  01 00 AM.QBB | AVENTURA_0000000519 |
| Quickbooks Database - Northport Group.QBW.TLG | AVENTURA_0000000520 |
| Quickbooks Database - SBU_0_Northport Group Apr 11,2019  01 00 AM.QBB | AVENTURA_0000000521 |
| Quickbooks Database - SBU_0_Northport Group Apr 12,2019  01 00 AM.QBB | AVENTURA_0000000522 |
| Access Database Containing Data from AVENTURA_0000000519 | AVENTURA_0000000523 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By:  _____/s/_____
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosures

cc:     Clerk of the Court (DRH) (by ECF) (without enclosures)