BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: 9/22/2020  
TIME ON: 12:00  
TIME OFF: 12:20

Case No. 19 CR 582 (DRH)

Courtroom Deputy: Robert Imrie

**FILED**
**CLERK**

1:32 pm, Sep 22, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Criminal Cause for Bond Modification Hearing

Defendant: Jack Cabasso
 Present X (by phone)  Not Present___   In Custody___   Bond X

Attorney: Albert Dayan          Ret'd___  CJA___  Fed Def X

AUSA: Alexandar Mindlin, Ian Richardson and Kayla Bensing

Interpreter: N/A

ESR TIME:

NOTES: Re [150]: Bail conditions are modified as proposed by the Government and defense counsel in counsel's letter dated September 2, 2020. Additionally, Pretrial Services is given the discretion to modify the hours of employment as necessary as well as to conduct random visits of the work place. Finally, any contact list provided the Government must contain contact information.