

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2020

By Email and ECF

James M. Branden
Albert Y. Dayan
Kenneth J. Kaplan
Joel M. Stein
Geoffrey R. Kaiser
Todd D. Greenberg
John S. Wallenstein
Richard D. Willstatter

Re: United States v. Jack Cabasso, et al.
Criminal Docket No. 19-CR-582 (DRH)

Dear Counsel:

On July 10, 2020 and September 17, 2020, Rule 16 discovery was produced to you with Bates numbers that were incorrect and duplicative of earlier Bates numbers in the government's discovery productions. The government is today providing new versions of those files with the correct Bates numbers.

Please see the table below for descriptions of the files provided and their old and corrected Bates numbers.

As a reminder, all of the enclosed material is produced pursuant to the protective order entered in this case on May 29, 2020, and the material that was originally produced on July 10, 2020, as well as today's renumbered re-production of that material, is **designated as Sensitive Discovery Material** pursuant to that order.

| Prod. Date | Prior Bates No. | Corrected Bates No. | Records |
|---|---|---|---|
| 7/10/20 | AVENTURA_0000000288-AVENTURA_0000000361 | AVENTURA_0000080288-AVENTURA_0000080361 | **[Sensitive Discovery Material] -** A copy of an affidavit in support of warrants to search electronic accounts, signed May 1, 2019 |
| 7/10/20 | AVENTURA_0000000362-AVENTURA_0000000432 | AVENTURA_0000080362-AVENTURA_0000080432 | **[Sensitive Discovery Material] -** A copy of an affidavit in support of warrants to search physical premises, signed November 6, 2019 |
| 7/10/20 | AVENTURA_0000000433-AVENTURA_0000000510 | AVENTURA_0000080433-AVENTURA_0000080510 | **[Sensitive Discovery Material] -** A copy of an affidavit in support of a warrant to search electronic accounts, signed November 8, 2019 |
| 9/17/20 | AVENTURA_0000000511 | AVENTURA_0000080511 | Quickbooks Report - Sales by Customer |
| 9/17/20 | AVENTURA_0000000512 | AVENTURA_0000080512 | Quickbooks Report - Inventory Valuation |
| 9/17/20 | AVENTURA_0000000513 | AVENTURA_0000080513 | Quickbooks Report - Purchases by Vendor |
| 9/17/20 | AVENTURA_0000000514 | AVENTURA_0000080514 | Quickbooks Report - Purchases by Item |
| 9/17/20 | AVENTURA_0000000515 | AVENTURA_0000080515 | Quickbooks Database - Northport Group Inc.QBW |
| 9/17/20 | AVENTURA_0000000516 | AVENTURA_0000080516 | Quickbooks Database - Northport Group.QBW |
| 9/17/20 | AVENTURA_0000000517 | AVENTURA_0000080517 | Quickbooks Database - NORTHPORT REALTY GROUP LLC.04.12.2019 (Backup Sep 09,2019  07 44 AM).QBB |
| 9/17/20 | AVENTURA_0000000518 | AVENTURA_0000080518 | Quickbooks Database - NORTHPORT REALTY GROUP LLC.QBW |
| 9/17/20 | AVENTURA_0000000519 | AVENTURA_0000080519 | Quickbooks Database - SBU_0_Aventura Technologies2017 - Nov 05,2019  01 00 AM.QBB |

| | | | |
|---|---|---|---|
| 9/17/20 | AVENTURA_0000000520 | AVENTURA_0000080520 | Quickbooks Database - Northport Group.QBW.TLG |
| 9/17/20 | AVENTURA_0000000521 | AVENTURA_0000080521 | Quickbooks Database - SBU_0_Northport Group Apr 11,2019  01 00 AM.QBB |
| 9/17/20 | AVENTURA_0000000522 | AVENTURA_0000080522 | Quickbooks Database - SBU_0_Northport Group Apr 12,2019  01 00 AM.QBB |
| 9/17/20 | AVENTURA_0000000523 | AVENTURA_0000080523 | Access Database Containing Data from AVENTURA_0000080519 |

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact us.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: _____/s/_____
Ian C. Richardson
Alexander Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-6299/6433/6279

Enclosures

cc: Clerk of the Court (DRH) (by ECF) (without enclosures)