# EXHIBIT A

 **Gmail**

Jack Cabasso 

---

## For Officer Moore
1 message

---

**Jack Cabasso** 
To: NYEPTdb_EM UNIT 

Thu, Jul 29, 2021 at 5:01 PM

Recipient

I searched and do not have an email address for Officer Moore and I know I do not have a phone number. I spoke with him this morning and he requested I send customer contact information for people whom I communicated with regarding the business. Attached are the bi-weekly communications from Sept 24, 2020 through July 29, 2021.

He also asked for documentation regarding my unemployment. Attached is the complete history from inception to date.

Jack Cabasso

---

**2 attachments**

📄 **[Untitled]_2021072916010800.pdf**
1203K

📄 **[Untitled]_2021072916101400.pdf**
115K

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

9/24 - 9/30

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

10/1 - 10/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

10/16 - 10/31

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

11/1 - 11/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

11/16 - 11/30

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

12/1 - 12/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

12/16 - 12/31

| Company | Contact | Contact Info |
|---------|---------|--------------|
|  |  |  |

1/1 - 1/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

1/16 - 1/31

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

2/1 - 2/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

2/16 - 2/28

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

3/1 - 3/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

3/16 · 3/31

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

4/1-4/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

4/16 - 4/30

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

5/1 - 5/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
| | | |

5/16-5/31

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

6/1 - 6/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

6/16 - 6/30

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |

7/1 - 7/15

| Company | Contact | Contact Info |
|---------|---------|--------------|
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |
|         |         |              |

7/16 - 7/29