# EXHIBIT B

 (https://govsummit.securityindustry.org/)

# Speakers

## Reserve Your Seat Today!

SIA GovSummit Is **Free for All Government/Military/Defense/Public Safety Employees!** Tickets start at just $149 for industry attendees.

 REGISTER NOW(HTTPS://GOVSUMMIT.SECURITYINDUSTRY.ORG/REGISTRATION/)



(https://govsummit.securityindustry.org/speakers/mark-allen/)



(https://govsummit.securityindustry.org/speakers/wayne-arvidson/)



(https://govsummit.securityindustry.org/speakers/peter-ashwin/)

## Mark Allen (https://govsummit.securityindustry.org/speakers/mark-allen/)

General Manager, Premises

Identiv

## Wayne Arvidson (https://govsummit.securityindustry.org/speakers/wayne-arvidson/)

Director, Market Development & Strategy

## Peter Ashwin (https://govsummit.securityindustry.org/speakers/peter-ashwin/)

Principal and Founder

Event Risk Management Solutions



(https://govsummit.securityindustry.org/speakers/alon-blankstein-2/)



(https://govsummit.securityindustry.org/speakers/mark-s-borkowski/)



(https://govsummit.securityindustry.org/speakers/william-braniff/)

## Alon Blankstein (https://govsummit.securityindustry.org/speakers/alon-blankstein-2/)

Chairman

InSight Acoustics

LEARN(HTTPS://GOVSUMM

## Mark S. Borkowski (https://govsummit.securityindustry.org/speakers/mark-s-borkowski/)

Assistant Commissioner of the Office of Acquisition,

## William Braniff (https://govsummit.securityindustry.org/speakers/william-braniff/)

Director

National Consortium for the Study of Terrorism and Responses to Terrorism



(https://govsummit.securityindustry.org/speakers/richard-brent/)

# Richard Brent (https://govsummit.securityindustry.org/speakers/richard-brent/)

CEO
Louroe Electronics



(https://govsummit.securityindustry.org/speakers/scott-breor/)

# Scott Breor (https://govsummit.securityindustry.org/speakers/scott-breor/)

Associate Director, Security Programs, Cybersecurity and



(https://govsummit.securityindustry.org/speakers/rt-carter/)

# R.T. Carter (https://govsummit.securityindustry.org/speakers/rt-carter/)

Vice President, Logistics Program Management,



(https://govsummit.securityindustry.org/speakers/tonya-clement/)

# Tonya Clement (https://govsummit.securityindu



(https://govsummit.securityindustry.org/speakers/lynn-de-seve/)

# Lynn de Séve (https://govsummit.securityindu



(https://govsummit.securityindustry.org/speakers/eric-dean/)

# Eric Dean (https://govsummit.securityindu

stry.org/speakers/tonya-clement/)

President

Cardinal Peak

stry.org/speakers/lynn-de-seve/)

President

GSA Schedules Inc.

stry.org/speakers/eric-dean/)

Chief Technology Officer

M.C. Dean, Inc.



(https://govsummit.securityindustry.org/speakers/ben-globus/)

## Ben Globus (https://govsummit.securityindustry.org/speakers/ben-globus/)

IT Manager

Securityhunter

LEARN MORE (HTTPS://GOVSUMM



(https://govsummit.securityindustry.org/speakers/mark-hartz/)

## Mark Hartz (https://govsummit.securityindustry.org/speakers/mark-hartz/)

Chief, Physical Security Branch, Judiciary Security Division, Facilities and Security Office

Administrative Office of



(https://govsummit.securityindustry.org/speakers/david-helbock/)

## David Helbock (https://govsummit.securityindustry.org/speakers/david-helbock/)

Senior Sales Engineer

Identiv

LEARN(HTTPS://GOVSUMM


(https://govsummit.securityindustry.org/speakers/brian-herbert/)

**Brian Herbert (https://govsummit.securityindustry.org/speakers/brian-herbert/)**


(https://govsummit.securityindustry.org/speakers/daryle-hernandez/)

**Daryle Hernandez (https://govsummit.securityindustry.org/speakers/daryle-hernandez/)**


(https://govsummit.securityindustry.org/speakers/joe-hoellerer/)

**Joe Hoellerer (https://govsummit.securityindustry.org/speakers/joe-hoellerer/)**


(https://govsummit.securityindustry.org/speakers/drake-jamali/)

**Drake Jamali (https://govsummit.securityindustry.org/speakers/drake-jamali/)**

Manager, Government Relations


(https://govsummit.securityindustry.org/speakers/shiraz-kapadia/)

**Shiraz Kapadia (https://govsummit.securityindustry.org/speakers/shiraz-kapadia/)**


(https://govsummit.securityindustry.org/speakers/rep-john-katko/)

**Rep. John Katko (https://govsummit.securityindustry.org/speakers/rep-john-katko/)**



| Security Industry Association | CEO & President Invixium | Representative, New York's 24th Congressional District |
|---|---|---|

LEARN(HTTPS://GOVSUMM


(https://govsummit.securityindustry.org/speakers/david-kelly/)


(https://govsummit.securityindustry.org/speakers/antoinette-king/)


(https://govsummit.securityindustry.org/speakers/david-klug/)

## David Kelly
(https://govsummit.securityindustry.org/speakers/david-kelly/)

---

Deputy Director, Security Management Group

Centers for Medicare and Medicaid Services (CMS)

## Antoinette King
(https://govsummit.securityindustry.org/speakers/antoinette-king/)

---

Key Account Manager

Axis Communications

LEARN(HTTPS://GOVSUMM

## David Klug
(https://govsummit.securityindustry.org/speakers/david-klug/)

---

Strategic Business Development, State & Local Government and Education & Defense Contractors

Convergint Technologies


(https://govsummit.securit


(https://govsummit.securit


(https://govsummit.securit

| Anna Mansueti (https://govsummit.securityindustry.org/speakers/anna-mansueti/) | Craig P. McIntire (https://govsummit.securityindustry.org/speakers/craig-p-mcintire/) | David McWhorter (https://govsummit.securityindustry.org/speakers/david-mcwhorter/) |
|---|---|---|
| Director of Diversity and Gender Equity | Vice President, Border Security Solutions | Founder |
| Platinum East | SAIC | The Homeland Security Consulting Group |

URLs above names:
yindustry.org/speakers/anna-mansueti/)
yindustry.org/speakers/craig-p-mcintire/)
yindustry.org/speakers/david-mcwhorter/)



(https://govsummit.securityindustry.org/speakers/erin-miller/)



(https://govsummit.securityindustry.org/speakers/christopher-montgomery/)



(https://govsummit.securityindustry.org/speakers/john-mulligan/)

| Erin Miller (https://govsummit.securityindustry.org/speakers/erin-miller/) | Christopher Montgomery (https://govsummit.securityindustry.org/speakers/christopher-montgomery/) | John Mulligan (https://govsummit.securityindustry.org/speakers/john-mulligan/) |
|---|---|---|
| Assistant Research Scientist | Chief Strategy & Innovation Officer, State & Local | Partner |
| University of Maryland | | Monument Advocacy |



(https://govsummit.securityindustry.org/speakers/kris-ann-nieswiadomy/)

# Kris Ann Nieswiadomy (https://govsummit.securityindustry.org/speakers/kris-ann-nieswiadomy/)

Business Development Specialist, Federal Acquisition Service



(https://govsummit.securityindustry.org/speakers/jeff-nigriny/)

# Jeff Nigriny (https://govsummit.securityindustry.org/speakers/jeff-nigriny/)

Founder & CEO

CertiPath

LEARN(HTTPS://GOVSUMM MORE



(https://govsummit.securityindustry.org/speakers/jake-parker/)

# Jake Parker (https://govsummit.securityindustry.org/speakers/jake-parker/)

Senior Director, Government Relations

Security Industry Association



(https://govsummit.securityindustry.org/speakers/jerome-pickett/)



(https://govsummit.securityindustry.org/speakers/david-ratcliff/)



(https://govsummit.securityindustry.org/speakers/rep-cathy-mcmorris-rodgers/)

**Jerome Pickett** (https://govsummit.securityindustry.org/speakers/jerome-pickett/)

Senior Vice President, General Manager, Sports &

**David Ratcliff** (https://govsummit.securityindustry.org/speakers/david-ratcliff/)

Director, Healthy Buildings Solutions

LenelS2

**Rep. Cathy McMorris Rodgers** (https://govsummit.securityindustry.org/speakers/rep-cathy-mcmorris-rodgers/)



(https://govsummit.securityindustry.org/speakers/dan-rothrock/)



(https://govsummit.securityindustry.org/speakers/gabriel-russell/)



(https://govsummit.securityindustry.org/speakers/jason-smith/)

**Dan Rothrock** (https://govsummit.securityindustry.org/speakers/dan-rothrock/)

President

Zenitel Americas

LEARN MORE (HTTPS://GOVSUMM

**Gabriel Russell** (https://govsummit.securityindustry.org/speakers/gabriel-russell/)

Regional Director

Federal Protective Service

**Jason Smith** (https://govsummit.securityindustry.org/speakers/jason-smith/)

Director and Chief Security Officer

DTE Energy

LEARN MORE (HTTPS://GOVSUMM



(https://govsummit.securityindustry.org/speakers/dominic-sorrentino/)



(https://govsummit.securityindustry.org/speakers/daniel-stafford/)



(https://govsummit.securityindustry.org/speakers/chris-wildfoerster/)

## Dominic Sorrentino (https://govsummit.securityindustry.org/speakers/dominic-sorrentino/)

Business Development

## Daniel Stafford (https://govsummit.securityindustry.org/speakers/daniel-stafford/)

Contracting Officer – Section Chief, Security

## Chris Wildfoerster (https://govsummit.securityindustry.org/speakers/chris-wildfoerster/)

Business Development

# SIA GovSummit 2021

## Sept. 21