# EXHIBIT C

 # China Security & Protection Industry Association

**Address:** 13F, Hang Tian Ke Ji Building
No. 16, Fucheng Road, Haidian District,
Beijing, 100037
United States

**Website:** http://www.21csp.com.cn (http://www.21csp.com.cn)

**Primary Contact Name:**

**Primary Contact Email:**

**Type:** Non-Profit

**Member Since:** 01/01/2006

**Description:** China Security and Protection Industry Association (CSPIA), is the trade umbrella association for the professional security industry in the People's Republic of China, founded in December, 1992.

**Industry Segments:** Access Control, Identity Management, IT and Cyber, Life Safety, Alarms & Intrusion, Video Surveillance

**Markets Served:** Unspecified

Center of Excellence (https://www.securityindustry.org/knowledge-center/)

Member Resources (https://www.securityindustry.org/member-resources/)

Industry Standards (https://www.securityindustry.org/industry-standards/)

Industry Events Calendar (https://www.securityindustry.org/upcoming-events/events/)

Professional Development (https://www.securityindustry.org/professional-development/)

    

# HIKVISION Hikvision USA Inc.

|  |  |
|---|---|
| Address: | 18639 Railroad St |
|  | City Of Industry, CA 91748-1317 |
|  | United States |
| Website: | http://us.hikvision.com/en (http://us.hikvision.com/en) |
| Primary Contact Name: | |
| Primary Contact Email: | |
| Type: | Manufacturer |
| Member Since: | 06/02/2011 |
| Description: | Hikvision is the world's leading supplier of video surveillance solutions. |
| Industry Segments: | Video Surveillance |
| Markets Served: | Aviation/Airports, Chemical Facilities, Commercial, Corporate, Financial Institution, Food Supply/Distribution, Gaming, Healthcare, Higher Education, Hospitality/Entertainment, K-12 Education, Port/Maritime, Retail/Loss Prevention, State & Local Government, Public Transit/Transportation Infrastructure |

Center of Excellence (https://www.securityindustry.org/knowledge-center/)

Member Resources (https://www.securityindustry.org/member-resources/)

Industry Standards (https://www.securityindustry.org/industry-standards/)

Industry Events Calendar (https://www.securityindustry.org/upcoming-events/events/)

Professional Development (https://www.securityindustry.org/professional-development/)

   

Join SIA (https://www.securityindustry.org/join-sia/)

SIA Store (/ProductCatalog/Default.aspx)

# Dahua Technology USA Inc.

|  |  |
|---|---|
| Address: | 23 Hubble<br>Irvine, CA 92618-4209<br>United States |
| Website: | https://www.dahuasecurity.com (https://www.dahuasecurity.com) |
| Primary Contact Name: | |
| Primary Contact Email: | |
| Type: | Manufacturer |
| Member Since: | 05/11/2015 |
| Description: | Dahua Technology USA brings high-value, total security solutions to the North American market by focusing on integrity and personal relationships to enhance the customer experience. |
| Industry Segments: | Access Control, Alarms & Intrusion, Video Surveillance |
| Markets Served: | Aviation/Airports, Chemical Facilities, Commercial, Corporate, Federal Government, Financial Institution, Food Supply/Distribution, Gaming, Healthcare, Higher Education, Hospitality/Entertainment, K-12 Education, Port/Maritime, Residential, Retail/Loss Prevention, State & Local Government, Public Transit/Transportation Infrastructure |

Center of Excellence (https://www.securityindustry.org/knowledge-center/)

Member Resources (https://www.securityindustry.org/member-resources/)

Industry Standards (https://www.securityindustry.org/industry-standards/)

Industry Events Calendar (https://www.securityindustry.org/upcoming-events/events/)

Professional Development (https://www.securityindustry.org/professional-development/)

   

View Cart 0 Item (/ProductCatalog/ViewCart.aspx)

(https://www.securityindustry.org/)

CENTER OF EXCELLENCE (HTTPS://WWW.SECURITYINDUSTRY.ORG/KNOWLEDGE-CENTER/)

MEMBER RESOURCES (HTTPS://WWW.SECURITYINDUSTRY.ORG/MEMBER-RESOURCES/)

INDUSTRY STANDARDS (HTTPS://WWW.SECURITYINDUSTRY.ORG/INDUSTRY-STANDARDS/)

EVENTS (HTTPS://WWW.SECURITYINDUSTRY.ORG/UPCOMING-EVENTS/)

PROFESSIONAL DEVELOPMENT (HTTPS://WWW.SECURITYINDUSTRY.ORG/PROFESSIONAL-DEVELOPMENT/)

ADVOCACY (HTTPS://WWW.SECURITYINDUSTRY.ORG/ADVOCACY/)

# Company Listing

Return to Browse (/Directories/Browse.aspx?Type=COMPANY)



# Honeywell Fire Safety

**Address:** 12 Clintonville Road
Northford, CT 06472-1653
United States

**Website:** http://www.honeywell.com (http://www.honeywell.com)

**Primary Contact Name:** Frederick Koons

**Primary Contact Email:**

**Type:** Manufacturer

**Member Since:** 12/14/2001

**Description:** The Honeywell Life Safety Group is an industry leader in providing commercial fire alarms, advanced smoke detection products and home patient remote tracking. Honeywell's diversified line of quality fire detection and alarm control solutions includes smoke detection and notification, conventional fire alarm panels, analog addressable systems and advanced network and integration packages.

**Industry Segments:** Life Safety

**Markets Served:** Aviation/Airports, Chemical Facilities, Commercial, Corporate, Federal Government, Financial Institution, Food Supply/Distribution, Gaming, Healthcare, Higher Education,

(https://www.securityindustry.org/)

CENTER OF EXCELLENCE (HTTPS://WWW.SECURITYINDUSTRY.ORG/KNOWLEDGE-CENTER/)

MEMBER RESOURCES (HTTPS://WWW.SECURITYINDUSTRY.ORG/MEMBER-RESOURCES/)

INDUSTRY STANDARDS (HTTPS://WWW.SECURITYINDUSTRY.ORG/INDUSTRY-STANDARDS/)

EVENTS (HTTPS://WWW.SECURITYINDUSTRY.ORG/UPCOMING-EVENTS/)

PROFESSIONAL DEVELOPMENT (HTTPS://WWW.SECURITYINDUSTRY.ORG/PROFESSIONAL-DEVELOPMENT/)

ADVOCACY (HTTPS://WWW.SECURITYINDUSTRY.ORG/ADVOCACY/)

# Company Listing

Return to Browse (/Directories/Browse.aspx?Type=COMPANY)

# GE Interlogix

**Address:** 3043 Silent Wind Way
Henderson, NV 89052
United States

**Website:** http://www.ge-interlogix.com (http://www.ge-interlogix.com)

**Primary Contact Name:**

**Primary Contact Email:**

**Type:** Manufacturer

**Member Since:**

**Description:**

**Industry Segments:** Unspecified

**Markets Served:** Unspecified

# Company Listing

Return to Browse (/Directories/Browse.aspx?Type=COMPANY)

(https://www.securityindustry.org/)

CENTER OF EXCELLENCE (HTTPS://WWW.SECURITYINDUSTRY.ORG/KNOWLEDGE-CENTER/)

MEMBER RESOURCES (HTTPS://WWW.SECURITYINDUSTRY.ORG/MEMBER-RESOURCES/)

INDUSTRY STANDARDS (HTTPS://WWW.SECURITYINDUSTRY.ORG/INDUSTRY-STANDARDS/)

EVENTS (HTTPS://WWW.SECURITYINDUSTRY.ORG/UPCOMING-EVENTS/)

PROFESSIONAL DEVELOPMENT (HTTPS://WWW.SECURITYINDUSTRY.ORG/PROFESSIONAL-DEVELOPMENT/)

ADVOCACY (HTTPS://WWW.SECURITYINDUSTRY.ORG/ADVOCACY/)

## Panasonic i-PRO Sensing Solutions Corporation of America

**Address:** 800 Gessner Rd
Suite 700
Houston, TX 77024-4284
United States

**Website:** https://www.security.us.panasonic.com/ (https://www.security.us.panasonic.com/)

**Primary Contact Name:** Liz Nejmeh

**Primary Contact Email:**

**Type:** Manufacturer

**Member Since:** 02/14/2000

**Description:** Panasonic System Networks Company of America (PSNA), a division of Panasonic North America, is an industry leader known for its video imaging expertise and innovative technology, marking nearly a dozen industry firsts. With a comprehensive line of intelligent analog, hybrid, and IP video surveillance solutions, Panasonic's performance, quality and reliability deliver all the security you need.

**Industry Segments:** Video Surveillance

**Markets Served:** Aviation/Airports, Commercial, Corporate, Financial Institution, Gaming, Healthcare, Higher Education, Hospitality/Entertainment, K-12 Education, Residential, Retail/Loss Prevention, State & Local Government, Public Transit/Transportation Infrastructure

## Branch Offices:

BACK TO TOP

View Cart 🛒 0 Item (/ProductCatalog/ViewCart.aspx)

(https://www.securityindustry.org/)

CENTER OF EXCELLENCE (HTTPS://WWW.SECURITYINDUSTRY.ORG/KNOWLEDGE-CENTER/)

MEMBER RESOURCES (HTTPS://WWW.SECURITYINDUSTRY.ORG/MEMBER-RESOURCES/)

INDUSTRY STANDARDS (HTTPS://WWW.SECURITYINDUSTRY.ORG/INDUSTRY-STANDARDS/)

EVENTS (HTTPS://WWW.SECURITYINDUSTRY.ORG/UPCOMING-EVENTS/)

PROFESSIONAL DEVELOPMENT (HTTPS://WWW.SECURITYINDUSTRY.ORG/PROFESSIONAL-DEVELOPMENT/)

ADVOCACY (HTTPS://WWW.SECURITYINDUSTRY.ORG/ADVOCACY/)

# Company Listing

Return to Browse (/Directories/Browse.aspx?Type=COMPANY)

## BOSCH  Bosch Security Systems, Inc.

| | |
|---|---|
| **Address:** | 130 Perinton Parkway<br>Fairport, NY 14450<br>United States |
| **Website:** | http://www.boschsecurity.us (http://www.boschsecurity.us) |
| **Primary Contact Name:** | Brian Wiser |
| **Primary Contact Email:** | |
| **Type:** | Manufacturer |
| **Member Since:** | 06/05/1978 |
| **Description:** | Bosch Security Systems is a leading global supplier of security, safety, and communications products and systems. Protecting lives, buildings and assets is the major aim. |
| **Industry Segments:** | Access Control, Life Safety, Alarms & Intrusion, Video Surveillance |
| **Markets Served:** | Aviation/Airports, Chemical Facilities, Commercial, Corporate, Federal Government, Financial Institution, Food Supply/Distribution, Gaming, Healthcare, Higher Education, Hospitality/Entertainment, K-12 Education, Nuclear Facilities, Pharmaceutical, Port/Maritime, Residential, Retail/Loss Prevention, State & Local Government, Public Transit/Transportation Infrastructure |