EXHIBIT D

 

# US Government Purchases of Dahua and Hikvision Mapped

By **Donald Maye**, Published May 24, 2021, 11:06am EDT | ✉ **Email This**

PUBLIC - This article does not require an IPVM membership. Feel free to share.

300+ different government organizations have purchased Dahua and Hikvision products since the **NDAA went into effect in August 2019**, according to data IPVM obtained through **GovSpend** and co-reported with TechCrunch.



This shows how sellers profit from contracts with state and local governments despite the well-documented cybersecurity risks and **human rights abuses** of Hikvision and Dahua.

See **the TechCrunch article: "US towns are buying Chinese surveillance tech tied to Uighur abuses".**