# EXHIBIT E

# The Intercept_

# U.S. MILITARY BOUGHT CAMERAS IN VIOLATION OF AMERICA'S OWN CHINA SANCTIONS

Purchased camera systems were supposedly made in the U.S. but actually originated from Chinese companies blacklisted for security reasons.



Sam Biddle

July 20 2021, 1:55 p.m.



Photo illustration: Soohee Cho/The Intercept, Getty Images

Numerous federal agencies, including several branches of the military, buy video surveillance equipment that can't legally be used in U.S. government sys-

tems and that is made by Chinese companies sanctioned on national security grounds, records and products reviewed by The Intercept indicate.

The agencies purchased blacklisted hardware through a network of American resellers that claimed the camera systems were in compliance with the sanctions. Those claims in numerous cases had little apparent basis, according a joint investigation with IPVM, a video surveillance industry research publication.

The security sanctions originated in the 2019 iteration of Congress's annual defense policy and funding bill, known as the National Defense Authorization Act. They barred Dahua and Hikvision, two of China's leading manufacturers of security cameras, from selling their products to the federal government, citing concerns that such sales could let the Chinese government remotely spy on federal facilities.

But public purchase records show that since the sanctions were put in place, the Air Force, Army, Navy, Veterans Affairs, and the Office of the Secretary of Defense all purchased camera systems containing or consisting of hardware that IPVM determined was in fact originally manufactured by Dahua or Hikvision and sold under another brand. IPVM visually compared both hardware and software of the camera systems and, in some cases, physical disassembled cameras. Listings posted to GSA Advantage, a marketplace for federal vendors to sell their wares to the government online, show that rebranded Dahua and Hikvision cameras are still freely available for purchase under different brand names.

## MOST READ


**An American ISIS Fighter Describes the Caliphate's Final Days — and His Own**
Trevor Aaronson


**The Rise and Fall of the Ultimate Doomsday Prepper**
Sam Biddle


**Banks Are Reversing Course on PPP Loans to Small Business Owners**
Bryce Covert