EXHIBIT F





# Retired USAF General on China Video Surveillance Risks

By Conor Healy, Published Jul 21, 2021, 09:42am EDT | ✉ Email This

Retired USAF Brigadier General Robert Spalding told IPVM about China video surveillance risks including relabelling Hikvision and Dahua products.



Before retirement, General Spalding was the Senior Director for Strategic Planning at the White House National Security Council. Prior to that, he was the DoD's Senior Defense Official & Defense Attaché in China.

*This interview has been condensed and edited for clarity. Watch the full interview here:*





**Q: The Federal government is banned from purchasing anything manufactured by Hikvision or Dahua. Why is this ban important to national security?**

I think the issue is how you look at national security. If you look at national security as preventing the undue influence and monitoring of your population, then this is the main reason why you would not want these cameras.

And that's really China's ultimate goal. The Chinese Communist Party's ultimate goal is to monitor, surveil, and collect data for the purpose of influencing a population's social, political, cultural and economic behavior. And, you know, that's the methodology through which they look at national security.

**Q: The Federal government What is your reaction to these revelations? And how should the government respond?**

Well, it's not surprising. I think part of the challenge of moving manufacturing to China, which is essentially what the world has done, is that nearly everything has components from or is entirely manufactured in China. So it's very difficult to source products that aren't manufactured in China.

The federal government bears some culpability here because it's allowed this process to happen. There is this belief, at least when I was in government, that the government doesn't have a responsibility or role when it comes to where things are sourced. But if you believe that your industrial base is an extension of your sovereignty, and you



We didn't do that during the Cold War. We focused on trading, and the social, political, and cultural connections between democracies, and among democracies. We strengthened the prosperity and the independence of democracies. That was borne out by the collapse of the Soviet Union, because they were isolated from having access to the technology, talent, capital, and innovation that come from free societies

What's happened since the end of the Cold War is that we've had these connections between and among democracies *and* authoritarian or in some cases, totalitarian governments, who have used those connections to basically undermine the very fabric of those institutions, both international and domestic.

And so this is our challenge. It's why it's so important that we decouple from these regimes and begin to ensure that the innovation technology, talent, and capital of free societies remain in free societies and for the benefit of Citizens of free societies, so that we may inspire other nations, particularly those in emerging market economies, to seek better lives for their citizens through those types of principles.

*Do you think that one solution to these supply chain issues then is just to encourage American manufacturing? Is it as simple as that?*

Well, it's actually, it is as simple as that. But the application of it actually requires that the government use the authorities it has been granted in view of the fact that this is a concern of national security. So Defense Production Act, Title 3, you know, these are tools primarily in the secretariats of the military services to enforce reshoring of manufacturing.

The other thing that a government can do, being a very large purchaser of goods for the country, is to ensure that those goods are manufactured in the United States. As you point out, though, it is very easy to relabel and, otherwise trick GSA and others. And for that, we need to have much more stringent, stringent penalties.

And then finally, these tariffs on China should be made permanent, and they should be made permanent against any society that has exhibited human rights violations, doesn't have an active rule of law, or otherwise seeks to undermine the free trade system.