# EXHIBIT I

## SIA Executive Council Member Jack Cabasso — IPVM




**SIA Endorsed Aventura**

Moreover, just 2 years ago, amidst the crime spree the US government alleges, SIA firmly endorsed Aventura as having a "strong history as an innovative manufacturer":

## IPVM



"Headquartered in Commack, New York, Aventura Technologies Inc. has a **strong history as an innovative manufacturer** of hardware and software products and peripheral solutions for government, military and enterprise."

December 14, 2017
[emphasis added]

And, yet, hours after the US government announced criminal charges against Aventura, SIA cowardly deleted their endorsement of Aventura.

 securityindustry.org/2017/12/14/sia-new-member-profile-aventura-t...  

**SORRY! THAT PAGE DOESN'T SEEM TO EXIST.**