# EXHIBIT J

# Webinar: Getting Started With Zero Trust



July 8, 2021, 1:00 pm EDT

REGISTER

Zero Trust is a security concept that prescribes that organizations should not automatically trust anything inside or outside of their physical or networked perimeter and instead, must verify every user, device, or application to connect to its systems before granting the least privileged access. Codified in 2010, over the past several years it has gained increased momentum as a security model, even called out as a priority in a recent the United States Presidential Cybersecurity Executive Orders. Adoption of a zero-trust strategy could help physical security practitioners achieve more effective converged security. In this webinar presented by the SIA's Cybersecurity Advisory Board, attendees will learn:

- What is Zero Trust and how it can be applied to converged security
- Technologies and practices that make the Zero Trust Model work
- How to get started with Zero Trust in your security environment

**Presenters:**


Chuck Davis, senior director of cybersecurity, Hikvision
Michael Kim, vice president, Imperial Capital