EXHIBIT K

MEMORANDUM TO THE FILE

Subj: JUSTIFICATION FOR USE OF OTHER THAN FULL AND OPEN COMPETITION FOR AN ACQUISITION UNDER THE SIMPLIFIED ACQUISITION THRESHOLD

I. BACKGROUND:

1. FAR 13.106-1(b)(1)(i) states for purchases not exceeding the simplified acquisition threshold, Contracting Officers may solicit from one source if the Contracting Officer determines that the circumstances of the contract action deem only one source reasonably available (e.g., urgency, exclusive licensing agreements, brand-name or industrial mobilization).

2. As required by FAR 13.106-3(b)(i), this memorandum explains the absence of competition for this acquisition, as only one source will be solicited for this requirement (or for a portion of the requirement) and the requirement (or portion of the requirement to be sole-sourced) is not expected to exceed the simplified acquisition threshold.

II. DESCRIPTION OF ITEM OR SERVICE: (PR# MMP100-18-SS-H2120)

SERCURITY CAMERA SYSTEM
THIS IS NEEDED TO ENHANCE SECURITY AND PROVIDE VIDEO COVERAGE OF THE BUILDINGS AND ITS SURROUNDING AREAS OF 978 WAREHOUSE B AT THE LANDFILL

MIERPRODUCT NVR LOCK/BOX W/FAN
Hikvision 4 Channel 6Tb NVR
Hiki VISION SHORT WALL MOUNT BRACKET W/JUNTION BOX
HikiVISION 130mm PENDANT CAP FOR TURRET CAMERA
Ubiquiti 5 PORT GIGABIT TOUCH SWITCH 24v 60w
CAT 6E WIRE, 23/4
ASUS 24" LED MONITOR NO SPEAKERS W/HDMI, VESA
LABOR (JOB - CAMERA SYSTEMS)
UBIQUITI PBE-5AC-300-ISO 5GHz POWER BEAM AIR MAX AC
HIKIVISION 4MP TURRET CAMERA

III. THE DETERMINATION FOR USE OF OTHER THAN FULL AND OPEN COMPETITION IS BASED ON THE FOLLOWING *(select all that apply):*

A. ___ *ONLY ONE RESPONSIBLE SOURCE (select all that apply):*

1. ___ RESTRICTIVE RIGHTS. The source has established proprietary rights, limited rights in data, patent rights, copyrights or secret processes in the item or service required.

    *Explain what rights are restricted, why the restrictive rights make the required item or service available from only one source, and why another company could not satisfy the Government's need.*

2. ___ EXCLUSIVE LICENSING AGREEMENTS. The item or service is only available from the Original Equipment Manufacturer (OEM), or there is only one authorized distributor or technical representative for the OEM.

    *Identify the OEM and explain the circumstances surrounding why the item or service is only available from the OEM.*

OR

*Identify the distributor(s)/authorized technical representative(s) for the item or service. Provide evidence of the exclusive licensing agreement as an attachment to this document. NOTE: If there is more than one distributor/authorized technical representative for an OEM part, then Part B, BRAND NAME SOLE SOURCE, is applicable, and Part A, ONLY ONE RESPONSIBLE SOURCE, should be left blank).*

3. \_\_ **OTHER REASONS.** *Other reason not identified above. Provide details on mission impact if requirement is not solicited from only one source.*

B. \_x\_ **BRAND NAME:** *The items required must be a brand name, product or feature of a product to one manufacture or existing equipment.* The brand name camera and all other parts attached are the only ones that will work in network with other cameras.

Item required must be a brand name, product, or feature of a product, particular to one manufacturer.

C. \_\_**URGENT AND COMPELLING.** The supplies or services are of such unusual and compelling urgency that the Government would be seriously injured unless the agency is permitted to limit the number of sources from which it solicits bids or proposals. Urgent requirements are supplies or services that will result in a work stoppage, or are mission critical and the routine processing time would result in injury to the Government. The determination that the procurement for the above item/service is an urgent and compelling requirement is based on the following:

1. Date on which the requirement was first identified:

2. Required delivery date/period of performance:

3. Explanation of why delivery/commencement of services by the date mentioned above is required: *Explain the impact to the mission if the date above is not met, any special circumstances or conditions that exist which validate the requirement as "urgent," estimated production lead time for the item, etc.*

4. *If appropriate, include any additional pertinent information.*

V. **CERTIFICATIONS:**

A. **Technical / Requirements Certification:** I certify that the facts and representation under my cognizance which are included in this justification are complete and accurate to the best of my knowledge and belief.

*Alicia Filger*    Alicia Filger 451-2037    1/29/18
Signature      Name (Printed) / Phone #      Date

B. **Contracting Officer Certification:** I certify that this justification is accurate and complete to the best of my knowledge and belief.

*Laurie Lenser*    29 Jan 18

LAURIE L. LENSER
Contracting Officer
451-1467

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS | | | | 1. REQUISITION NUMBER MMP10018SSH2120 | | PAGE 1 OF 30 |
|---|---|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | | 5. SOLICITATION NUMBER M6700118Q1083 | | 6. SOLICITATION ISSUE DATE 30-Jan-2018 |
| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME SGT LIND | | | b. TELEPHONE NUMBER (No Collect Calls) 910-451-7844 | | 8. OFFER DUE DATE/LOCAL TIME 12:00 PM 07 Feb 2018 |

| 9. ISSUED BY | CODE M67001 | 10. THIS ACQUISITION IS | | |
|---|---|---|---|---|
| M67001 MARINE CORPS FIELD CONTRACTING SYS P.O. BOX 8368 BLDG 1116 CAMP LEJEUNE NC 28547-8368 TEL: FAX: | | [ ] UNRESTRICTED OR [X] SET ASIDE: 100% FOR: [X] SMALL BUSINESS [ ] HUBZONE SMALL BUSINESS [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS | [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM [ ] EDWOSB [ ] 8(A) | NAICS: 333316 SIZE STANDARD: 1,000 |

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | [ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING 14. METHOD OF SOLICITATION [X] RFQ [ ] IFB [ ] RFP |
|---|---|---|---|

| 15. DELIVER TO | CODE MMP100 | 16. ADMINISTERED BY | CODE |
|---|---|---|---|
| MCB MAINT FRANK MATTSON 1101 DOOR 4 BIRCH STREET CAMP LEJEUNE NC 28542 TEL: 910-451-5699 FAX: | | | |

| 17a. CONTRACTOR/ OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|
| TELEPHONE NO. | | | | |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM | |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|
| | |

[X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED
[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED.

[ ] 29. AWARD OF CONTRACT: REF. ___ OFFER DATED ___. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) TEL: EMAIL: | 31c. DATE SIGNED |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012)
Prescribed by GSA – FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

**SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED)**

PAGE 2 OF 30

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED  ☐ INSPECTED  ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32c. DATE

32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE

32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

33. SHIP NUMBER  ☐ PARTIAL  ☐ FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT  ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL
37. CHECK NUMBER

38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE

42a. RECEIVED BY (Print)
42b. RECEIVED AT (Location)
42c. DATE REC'D (YY/MM/DD)
42d. TOTAL CONTAINERS

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012) BACK
Prescribed by GSA – FAR (48 CFR) 53.212

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | NVR Lock/Box with Fan<br>FFP<br>MFG: Mierproduct, P/N: BW-BW201<br>FOB: Destination<br>BRAND NAME/SOLE SOURCE: BN<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 1 | Each | | |

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | Network Video Recorder<br>FFP<br>4 channel, 6 Tb, MFG: Hikvision, P/N: HX-N7604EP6T<br><br>FOB: Destination<br>BRAND NAME/SOLE SOURCE: BN<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 1 | Each | | |

NET AMT

M6700118Q1083

Page 4 of 30

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | Short Wall Mount Bracket W/Juntion Box<br>FFP<br>MFG: Hikvison, P/N: HX-WMS | 3 | Each | | |

FOB: Destination
BRAND NAME/SOLE SOURCE: BN
MILSTRIP: MMP10018SSH2120
PURCHASE REQUEST NUMBER: MMP10018SSH2120

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | 130mm Pendant Cap For Turret Camera<br>FFP<br>MFG: Hikvision, P/N: HX-PC130T<br>FOB: Destination<br>BRAND NAME/SOLE SOURCE: BN<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 3 | Each | | |

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1 | Each | | |

5 Port Gigabit Touch Switch 24v 60w
FFP
MFG: Ubiquiti, P/N: 9B-0XP000A-00002
FOB: Destination
BRAND NAME/SOLE SOURCE: BN
MILSTRIP: MMP10018SSH2120
PURCHASE REQUEST NUMBER: MMP10018SSH2120

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 700 | Foot | | |

CAT 6E Wire, 23/4
FFP
MFG: Cornell, P/N: 775609 or equal

FOB: Destination
MILSTRIP: MMP10018SSH2120
PURCHASE REQUEST NUMBER: MMP10018SSH2120

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | 24 inch LED Monitor<br>FFP<br>MFG: ASUS, P/N: 9B-24-236-583ASUS or equal<br>-LED Monitor No Speakers, with HDMI, VESA<br>FOB: Destination<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 1 | Each | | |

NET AMT _____

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | Installation<br>FFP<br>FOB: Destination<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 16 | Hours | | |

NET AMT _____

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | PBE-5AC-300-ISO 5GHz Power Beam<br>FFP<br>MFG: Ubiquiti, P/N: 9SIV00K3H1791, Air Max A/C<br>FOB: Destination<br>BRAND NAME/SOLE SOURCE: BN<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 2 | Each | | |

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0010 | 4MP Turret Camera<br>FFP<br>MFG: Hikvision, P/N HX-TR2342F2<br>FOB: Destination<br>BRAND NAME/SOLE SOURCE: BN<br>MILSTRIP: MMP10018SSH2120<br>PURCHASE REQUEST NUMBER: MMP10018SSH2120 | 4 | Each | | |

NET AMT

## INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Destination | Government | Destination | Government |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Destination | Government | Destination | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Destination | Government | Destination | Government |