# EXHIBIT M















