EXHIBIT N











