# EXHIBIT P

**Jack Cabasso**

| | |
|---|---|
| **From:** | Mark Peterson |
| **Sent:** | Thursday, November 7, 2019 6:11 PM |
| **To:** | Price, Annie A; Erin Sinkevich |
| **Cc:** | Jack Cabasso; Bennett, John G |
| **Subject:** | Re: CONFERENCE CALL |

Ms. Price,

If you haven't - please look up Aventura in the news... I have no knowledge of the alleged events. Until this is cleared up I can not see how I can be a party to the project as the company Aventura for all intensive purposes cannot function and any security plan that I may have written is null and void.

Sincerely,

**Mr. Mark Peterson**

---

**From:** Price, Annie A <████@fletc.dhs.gov>
**Sent:** Thursday, November 7, 2019 12:43 PM
**To:** Mark Peterson <████@AventuraSecurity.com>; Erin Sinkevich <████@AventuraSecurity.com>
**Cc:** Jack Cabasso <████@AventuraSecurity.com>; Price, Annie A <████@fletc.dhs.gov>; Bennett, John G <████@fletc.dhs.gov>
**Subject:** RE: CONFERENCE CALL

Mark I will work on the modification once I receive an email from you stating that it is at no cost to change from the IDMS to TIE. Please remember to forward me the signed Contractor IT Security Plan. Thanks.

**From:** Mark Peterson <████@AventuraSecurity.com>
**Sent:** Wednesday, November 6, 2019 10:22 PM
**To:** Erin Sinkevich <████@AventuraSecurity.com>
**Cc:** Jack Cabasso <████@AventuraSecurity.com>; Price, Annie A <████@fletc.dhs.gov>
**Subject:** Fw: CONFERENCE CALL

Erin,

Can you please set up a conference number and reply to all on this chain?

Sincerely,

**Mr. Mark Peterson**
Director, Program Management
Office: ███-███-████
Mobile: ███-███-████
SKYPE: MPeterson_███
https://www.aventuracctv.com/



Aventura Technologies Inc.
48 Mall Drive
Commack, NY 11725
GSA Schedule: GS-07F-0391V

**From:** Jack Cabasso <jcabasso@AventuraSecurity.com>
**Sent:** Wednesday, November 6, 2019 8:50 PM
**To:** Price, Annie A <annie.price@fletc.dhs.gov>
**Cc:** Mark Peterson <mpeterson@AventuraSecurity.com>; Life, Crystal D <crystal.d.life@fletc.dhs.gov>
**Subject:** Re: CONFERENCE CALL

Acknowledged

**Jack S. Cabasso, Managing Director**
**Aventura Technologies Inc.**
48 Mall Drive
Commack, New York 11725 USA

Office:  +1-631-300-1000 ext. 7106
Mobile:  +1-631-398-2100

Mailto:jcabasso@aventurasecurity.com

Website:  www.aventurasecurity.com

GSA Schedule: GS-07F-0391V
Skype: jackcabasso

Please consider your environmental responsibility before printing this e-mail.

This communication is intended only for use by the addressee(s) named herein and may contain business confidential and/or legally privileged information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution, disclosure or copying of this e-mail and its contents is strictly prohibited. If you have received this e-mail in error, kindly notify the sender by replying to this message. In addition, please permanently delete the message and any attachments without copying or disclosing the contents. Thank you for your cooperation.



On Nov 6, 2019, at 8:48 PM, Price, Annie A <Annie.Price@fletc.dhs.gov> wrote:

We will call in about 9:30 in the morning to your phone and ensure Jack is on as well.  Thank you.

**From:** Mark Peterson <MPeterson@AventuraSecurity.com>
**Sent:** Wednesday, November 6, 2019 7:13 PM
**To:** Price, Annie A <Annie.Price@fletc.dhs.gov>; Jack Cabasso <JCabasso@AventuraSecurity.com>
**Subject:** Re: CONFERENCE CALL

Ms. Price,

As I am just getting this, do we need to get on a call first thing in the morning or has this been resolved?

Sincerely,

**Mr. Mark Peterson**
Director, Program Management
Office:
Mobile:
SKYPE: MPeterson_240
https://www.aventuracctv.com/



Aventura Technologies Inc.
48 Mall Drive
Commack, NY 11725
GSA Schedule: GS-07F-0391V

---

**From:** Price, Annie A <Annie.Price@fletc.dhs.gov>
**Sent:** Wednesday, November 6, 2019 12:30 PM
**To:** Jack Cabasso <JCabasso@AventuraSecurity.com>; Mark Peterson <MPeterson@AventuraSecurity.com>
**Cc:** Price, Annie A <Annie.Price@fletc.dhs.gov>
**Subject:** CONFERENCE CALL

Please give me a call we have something very important that has come up.

Annie A. Price
Contracting Officer
Procurement Division

Mission and Readiness Support Directorate
Federal Law Enforcement Training Centers (FLETC)
Glynco, GA 31524
Office ███████
Fax ███████

"Excellence in All We Do ... It's Our Responsibility"

| | |
|---|---|
| **From:** | Life, Crystal D <crystal.d.life@fletc.dhs.gov> |
| **Sent:** | Friday, November 8, 2019 12:28 PM |
| **To:** | Bostic, Mike J; Mary Grace Karch; Ebert, Joshua L; Jonathan Lasker; Jack Cabasso; 'Peterson, Mark (Contractor)'; Shane Brown; David Helbock; Bennett, John G; Charnock, Roger C; Pitchford, Robert |
| **Cc:** | Price, Annie A; Riste, Patrick W; Balash, Daniel J; Latta, Andrew J; Munshi, Kaizad J |
| **Subject:** | RE: 2019.11.05 PACS Modernization Contractor Meeting Minutes |
| **Importance:** | High |

All,

Please be advised due to the recent chain of events, the work on this contract will need to cease until an appropriate course of action can take place. Please stop work immediately until the Contracting Officer notifies you otherwise.

*Crystal D. Life, Chief*
*Specialized Services Branch*
*Procurement Division*
*Mission and Readiness Support Directorate*
*Federal Law Enforcement Training Centers*
*Glynco, Georgia*
*(912) 261-4### (office)*
*"Excellence in All We Do ... It's Our Responsibility*

---

**From:** Bostic, Mike J <Mike.Bostic@fletc.dhs.gov>
**Sent:** Tuesday, November 5, 2019 12:22 PM
**To:** Mary Grace Karch <MKarch@identiv.com>; Ebert, Joshua L <joshua.l.ebert@associates.fletc.dhs.gov>; jcabasso@aventurasecurity.com; 'Jack Cabasso' <JCabasso@AventuraSecurity.com>; 'Peterson, Mark (Contractor)' <Mark.Peterson@bep.gov>; sbrown@aventurasecurity.com; David Helbock <dhelbock@identiv.com>; Bennett, John G <john.g.bennett@fletc.dhs.gov>; Charnock, Roger C <Roger.Charnock@fletc.dhs.gov>; Life, Crystal D <crystal.d.life@fletc.dhs.gov>; Pitchford, Robert <Robert.Pitchford@fletc.dhs.gov>
**Cc:** Price, Annie A <Annie.Price@fletc.dhs.gov>; Bostic, Mike J <Mike.Bostic@fletc.dhs.gov>; Riste, Patrick W <Patrick.Riste@fletc.dhs.gov>; Balash, Daniel J <Daniel.Balash@fletc.dhs.gov>
**Subject:** 2019.11.05 PACS Modernization Contractor Meeting Minutes

**2019.11.05 PACS Modernization Contractor Meeting Minutes**

**Present:**
Mike Bostic
Crystal Life
Robert Pitchford
John Bennett
Roger Charnock

1

Remote:
Jack Cabasso: Aventura
Mark Peterson: Aventura
Shane Brown: Aventura
Jonathan Lasker: Aventura
Josh Ebert: IDENTIV
MG Karch: IDENTIV
Dave Helbock: IDENTIV

**Discussion:**
1. Crystal Life discussed deep concern w/status of contract progress. Chief Life referenced proposed schedule revision submitted by Josh Ebert, IGS, on 11/4/19 (email thread below) and sought assurances that the deadlines will be met, no matter what must be done to accomplish the work, at no additional cost to the government, in order to avoid termination for cause.
2. M. Bostic confirmed that FLETC can support the proposed schedule revision; FLETC will not hinder progress.
3. Aventura expressed that they had not seen the proposal, were concerned about this and felt they were not in a position to respond w/o reviewing it.
4. All parties discussed the need for greater communication/involvement w/Aventura as the contract prime:
    a. Meeting/discussion participation;
    b. Mark Peterson cc'd on every communication; to include technical threads between FLETC/contractor SMEs (as soon as Aventura has met security requirements for such information-sharing). Note: it is acceptable to share sensitive information with M. Peterson on BEP .gov email to BEP GFE – as soon as Contractor IT Security Plan is returned.
5. Aventura seeks to accomplish transfer of GFE from L. Marquez to Shane Brown in OCH on Monday, 11/18/19. L. Marquez will supply M. Bostic w/device tag number on Monday, 11/11/13. FLETC will facilitate transfer.
6. Mark Peterson will sign/date Contractor IT Security Plan and return to M. Bostic on Wednesday, 11/6/19.
7. M. Bostic will follow up on supporting Shane Brown's access needs.
8. DHS TIE integration was discussed (Aventura was unaware of issue w/regards to IDMS). It was suggested that parties might negotiate a plan to accomplish DHS TIE integration as part of ongoing support in the following option year if the integration is not ready by end of POP (12/31/19). Aventura will discuss w/IGS.

**IGS Schedule Proposal:**

| IMS | New Proposed Targets: 11/4/19 | Day | Date |
|---|---|---|---|
| 3.8 | Finish Building Environments | Tuesday | 11/12/19 |
| 3.9.2 | Prepare Environments for Testing | Wednesday | 11/13/19 |
| 3.9.3 | System Testing | Thursday | 11/14/19 |
| 3.9.3 | Remediation Post-Testing | Thursday | 11/14/19 |
| 3.9.4 | Document Testing Outcomes | Thursday | 11/14/19 |
| 3.9.6 | Approval to Operationalize (PRR) | Friday | 11/15/19 |
| 3.10 | GLN Operationalized | Friday | 11/22/19 |
| 3.13 | OCH Operationalized | Tuesday | 11/27/19 |
|  | Thanksgiving | Thursday | 11/28/19 |
| 3.11 | ART Operationalized | Friday | 12/6/19 |
| 3.12 | CHS Operationalized | Friday | 12/13/19 |
| 3.14 | DEV/Test Updated /Production DB | Friday | 12/13/19 |
| 4.3 | Contractor FISMA Documentation Received/Reviewed/Accepted | Friday | 12/20/20 |

2

| 4.8 | Security Certification Report Finalized | Friday | 3/27/20 |
| 4.12 | ATO Signed | Friday | 4/10/20 |
| 1.4.22 | ORR Approved | Friday | 4/24/20 |

**PROPOSAL CAVEATS:**
1. Requires perfect world to accomplish (no snags).
2. "Plan B" (per J. Ebert, IGS) may mitigate schedule risk if unanticipated delays occur:
    - Cancel 3.10; GLN Operationalization;
    - Proceed w/3.13; OCH Operationalization on-schedule;
    - Use two teams to accomplish 3.10 & 3.11 simultaneously (12/6/19).
3. Schedule for completing, reviewing, revising/approving FISMA documentation is extremely optimistic, even with weekly sessions for ISSO to work closely w/IGS in support of incremental development of security documents.
4. TIE integration may have to be completed under support year contract (requires documented agreement).
5. *Note: darker shaded items at bottom of columns are not contractor deliverables.

Action Item:
1. IGS will continue working to speed up accomplishment of work effort as per above: accomplish 3.8, in entirety, by COB 11/12/19.
2. Aventura will review proposal and other discussion items and respond.
3. FLETC will plan to support final approach as approved by Aventura.
4. FLETC will ensure Aventura is included in all communications and proposals.

Mike Bostic, PM

**From:** Josh Ebert <...@identiv.com>
**Sent:** Monday, November 4, 2019 12:19 PM
**To:** Bostic, Mike J <...@fletc.dhs.gov>
**Cc:** Mark Allen <...@identiv.com>; Sean Hernandez <...@identiv.com>; Javier Penaloza <...@identiv.com>; Mary Grace Karch <...@identiv.com>
**Subject:** RE: 2019.10.28 PACS Modernization Project IPT Meeting Minutes

Mike,

Here are the updates to the FLETC IMS that we would like to update.

This week 3.6, 3.7, 3.8 (By the 12th)

Need to confirm that 3.9 is on FLEYC to come up with and complete?

Can we pull in PRR

(3.10) GLN - Start the week of 11/18.

(3.13) OCH - 11/25 - 11/27.

Thanksgiving the 28th.

(3.11) ART - Week of Dec 2nd

(3.12) CHS - Week of Dec 9 and (3.14)

(4.0) Security Certification Week of Dec 16. Would like to have a weekly meeting starting next week with Chris Gray where we start to complete all of the docs as all of the 3.X parts are moving forward.



Joshua Ebert | Sr. Manager, Identiv Global Services |
(O) +... | (M) +1...|
Email: jebert@identiv.com | S... joshua.ebert.p...
Identiv | Your Trusted Advisor | Identiv.com

https://support.identiv.com/contact/ - For IGS Support cases, please choose "IGS Support" under product type.

For Sales and Support Requests, please email: IGSSUPPORT@IDENTIV.COM
For License Requests, please email: IGSLICENSE@IDENTIV.COM
For SDK Support Requests, please email: SDKSUPPORT@IDENTIV.COM

**From:** Bostic, Mike J <...@fletc.dhs.gov>
**Sent:** Monday, October 28, 2019 11:04 AM
**To:** Mary Grace Karch <...@identiv.com>; Erin Sinkevich <...@AventuraSecurity.com>; Lang, Bradley S <...@fletc.dhs.gov>; Pitchford, Robert <...@fletc.dhs.gov>; Moses, James M <...@fletc.dhs.gov>; Gray, Christopher H <...@fletc.dhs.gov>; McCullough, Jim B <...@fletc.dhs.gov>; Coulliette, William (CTR) <...@associates.fletc.dhs.gov>; Stevens, Timothy J <...@fletc.dhs.gov>; Mitchell, Dean M <...@fletc.dhs.gov>; Finley, George H <...@fletc.dhs.gov>; Esteves, Lori F <...@fletc.dhs.gov>; Ware, Robert V

<[REDACTED]@[REDACTED].gov>; Franklin, Christy <[REDACTED]@fletc.dhs.gov>; Frederick, Phillip A <[REDACTED]@fletc.dhs.gov>; Fauver, John E <[REDACTED]@fletc.dhs.gov>; Coleman, Kisha <[REDACTED]@fletc.dhs.gov>; Alston, James I <[REDACTED]@fletc.dhs.gov>; Easterling, Ron <[REDACTED]@fletc.dhs.gov>; Windsor, William <[REDACTED]@hq.dhs.gov>; Hinton, Christina P <christina.p.hinton@fletc.dhs.gov>; Price, Annie A <[REDACTED]@fletc.dhs.gov>; Powell, Terry <[REDACTED]@fletc.dhs.gov>; Riste, Patrick W <[REDACTED]@fletc.dhs.gov>; Munshi, Kaizad J <[REDACTED]@fletc.dhs.gov>; Stoklosa, Mark J <[REDACTED]@fletc.dhs.gov>; Fowler, Vance <[REDACTED]@fletc.dhs.gov>; #FLETC-CIO-Field IT Support Branch <#CIO-FieldITSupportBranch@fletc.dhs.gov>; Glace, Michael J (CTR) <[REDACTED]@associates.fletc.dhs.gov>; [REDACTED]@creek-technologies.com; Charnock, Roger C <[REDACTED]@fletc.dhs.gov>; Hickman, Russell S <russell.s.hickman@associates.fletc.dhs.gov>; '[REDACTED]@identiv.com' <[REDACTED]@identiv.com>; '[REDACTED]@identiv.com' <[REDACTED]@identiv.com>; Johnson, Jeffery W <[REDACTED]@fletc.dhs.gov>; Reed, John P <[REDACTED]@fletc.dhs.gov>; Minson, Jeff <[REDACTED]@fletc.dhs.gov>; 'MPeterson@AventuraSecurity.com' <MPeterson@AventuraSecurity.com>; Sean Hernandez <[REDACTED]@identiv.com>; [REDACTED]@identiv.com; Hanzalik, Michael S <michael.s.hanzalik@associates.fletc.dhs.gov>; McMahan, Dean <[REDACTED]@fletc.dhs.gov>; 'Jack Cabasso' <JCabasso@AventuraSecurity.com>; [REDACTED]@aventurasecurity.com; [REDACTED]@identiv.com
Cc: Bostic, Mike J <Mike.Bostic@fletc.dhs.gov>
Subject: 2019.10.28 PACS Modernization Project IPT Meeting Minutes

**2019.10.28 PACS Modernization Project IPT Meeting Minutes**
Bldg. 681, Rm. B-241, Call-In Code: 877-446-3914; Code: 731681#, 10:00am ET

**Present:**
Mike Bostic
Terry Powell
Russell Hickman
Robert "Rocky Sexton
Bob Pitchford
Jim Moses
Annie Price

Remote:
Christina Hinton
Andy Coulliette
Ron Easterling
Shane Brown (Aventura)
Sean Hernandez (IGS)
MG Karch (IGS)
Jack Cabasso (Aventura)
Josh Ebert (IGS)
Jonathan Lasker (Aventura)
Mark Peterson (Aventura)
Erin Sinkevich (Aventura)
Bill Windsor (OCSO)

**Discussion:**
Status:
1. DHS TIE documentation access for IGS: Bill Windsor is coordinating a teleconference to enable access to design/specification information required by IGS developers to create TIE integration code. Will send invitation to appropriate IGS staff along with Mike Bostic, Terry Powell and Russell Hickman – FLETC staff will forward to server/network team members as appropriate.
2. Discuss IGS (Sean Hernandez) project on-site deployment status:

5

- a. Targeted goal: all work completed through line #177 (3.5/3.6.10)
- b. Actual Completion: through line #177 w/minor items omitted; some clean-up required. ***Recaptured more than two (2) weeks slippage.***
- c. Next Projected Target: Complete 3.7; Phase 4, Line #183 by: 11/5/19.
3. Ongoing plans to get project schedule on-track:
    - a. Javier Penaloza (IGS) will work on project this week (10/28 – 11/1/19).
    - b. Sean Hernandez will return to project effort the following week (11/4 – 11/8/19).
    - c. Critical impending targets waterfall from targeted completion date of 3.7; Phase 4 – see attached IMS:
        - 3.7 (Phase 4: Legacy Velocity Maintenance & Migration Prep) would be accomplished by: Tuesday, 11/05/19;
        - 3.8 (Phase 5: Production Velocity Configuration) would be accomplished by Tuesday, 11/12/19;
        - 3.9 (User Acceptance Testing and Approval to Operationalize (includes PRR) would be accomplished by Friday, 11/22/19;
        - 3.10 (Phase 6: GLN Production Migration/Operationalization) would be accomplished by 11/29/19;
        - 3.11 (Phase 7: ART Production Migration/Operationalization) would be accomplished by 12/06/19;
        - 3.12 & 3.13 (Phases 8 & 9: CHS and OCH Production Migration/Operationalization) would be accomplished by: 12/13/19;
        - 3.14 (Phase 10: DEV/Test Update w/Production Database) would be accomplished by: 12/17/19;
        - 4.3 (all documentation deliverables submitted, reviewed, revised, approved and accepted) must be accomplished by: 12/31/2019 (end of POP).
4. Mary Grace (MG) Karch IGS representative visit: 10/23/19 –
    - a. Looking at possibility of extending MX panel warranty to 1 year from install (FLETC awaiting install funding); requests that FLETC make plans to test panels ASAP and install within reasonable time frame (3-6 months).
    - b. Working to prioritize IGS resources to accomplish contract;
    - c. Bring new federal engineer (Dave Helbock) on board to help – will try to coordinate 2 day on-site visit for both of them;
    - d. Will coordinate efforts w/Aventura to maximize outcomes.
5. Other ongoing issues:
    - a. Aventura GFE transfer (L. Marques, IGS>Shane Brown) – sent request to L. Marquez for tag # data from laptop last week – awaiting reply.
    - b. Aventura Contractor IT Security Plan: approved by Chris Gray; returned this date for signature/date form Aventura.
    - c. IGS Velocity training materials: FLETC PM cannot see files; investigating solution.
    - d. IGS Contractor IT Security Plan (need signed/dated copy – will return to J. Ebert).
    - e. FLETC/Aventura: access/permissions for Shane Brown as soon as we can coordinate transfer of GFE to him.

<u>New POAM projections based upon new targets:</u>

Timeline milestones:
- Start 7/2016
- SER 1.1 — 2/2018
- Obtain Funding 5/2018
- Complete Procurement 2.0 — 9/2018
- CDR 1.2 — 7/2019
- PRR 1.3 — 12/2019
- Deploy to Operational* 3.0 — 12/2019
- Complete Security Certification 4.0 — 4/2020
- ORR 1.4 — 5/2020

**Next steps:**
1. Execute "Catch-Up Plan;" accomplish deployment w/o further delays.
2. Enable/equip Aventura staff to assist.
3. Identify opportunities to recoup additional slippage:
    a. PRR approval;
    b. Documentation deliverables.

**Round Robin:**
Bill Windsor advised that we need to consider whether TIE integration is a "gamestopper" regarding contract delivery/acceptance – in the event the integration is not ready/available during system operational deployment. FLETC PM understands this consideration but has concerns that, given OCSO's determination that new/upgraded systems would NOT be integrated w/IDMS, FLETC could be left w/no streamlined mechanism for verifying DHS PIV data. Issues for discussion:
1. Can/should FLETC ePACS revert to current federated connection to IDMS?
2. Can/should project close with some written agreement that TIE integration would be provided after POP – as part of IGS ongoing support contract?

**Taskings:**

**Mike Bostic:**
1. ~~Update IMS/POAM~~
2. Follow-up: access to IGS documents in Drop Off Library.
3. Follow-up Shane Brown Laptop>Luciano Marquez:
    a. Laptop tag number
    b. Location/transfer
    c. ROB
    f. Follow-up Mark Peterson needs: Bob Pitchford/Jim Moses will confirm PIV/account status & requirements; confirm possession of GFE

**Bill Windsor:** Schedule teleconference to discuss access to TIE design/specifications in support of IGS coding/integration effort.

**Bob Pitchford:**
1. Update CSO Munshi re/TIE considerations;
2. Arrange to test new MX panels ASAP.

**Jim Moses:** Follow up w/Christy Hinton to make sure Shane Brown can get support to log in.

**Josh Ebert**
1. Provide a SSP template (absent detailed content) to Chris Gray for review to make sure the approach is acceptable (nothing missing): target date; 9/19/19 - overdue.
2. Sign & date (7/3/19) IGS Contractor IT Security Plan and return to FLETC PM.
3. Supply initial version of User manuals/Training Materials and Maintenance Manuals/Training Materials (subject to minor revision; final documents specific to FLETC solution) – working on access.
4. Work on completing documentation deliverables to 80% completion by end of Phase 10 (12/3/19 current target); negotiate target date for draft submissions.

**MG Karch:** Update stakeholder register (Karch/Helbock) return to FLETC PM.

**Luciano Marquez:** Provide FLETC PM w/GFE Laptop FLETC tag/sticker number ASAP.

**Sean Hernandez:**
1. Complete 3.7 – all line items – by: 11/5/19.
2. Provide PM w/weekly status reports by COB each Monday – Please reference attached/updated IMS (not original IGS WBS).

**Mark Peterson:**
1. Sign & date Aventura Contractor IT Security Plan and return to FLETC PM.
2. Update Stakeholder Register – return to FLETC PM.
3. Send phone call meeting invitation to FLETC PM.

**Rusty Hickman**: ~~please provide PM w/Rocky's .gov email so he can be added to meeting invitation and distribution list.~~

**Next Meeting:** 11/04/19

Michael J. Bostic, Senior Project Manager
Project Management Office, Training Support Services
Federal Law Enforcement Training Center, United States Department of Homeland Security
1131 Chapel Crossing Road
Glynco, GA 31524