**CRIMINAL CAUSE FOR STATUS CONFERENCE BY TELEPHONE**
**BEFORE JUDGE: HURLEY, J.    DATE: JANUARY 28, 2022   TIME: 11:50 -12:05 PM**
**DOCKET NUMBER: CR-19-582           USA   V.   CABASSO**

**DEFT. NAME: JACK CABASSO          DFT # 1**
 X PRESENT, _ NOT PRESENT,_ IN CUSTODY, X ON BAIL
   ATTY FOR DEFT.: ALBERT DAYAN
       X PRESENT,  _ NOT PRESENT

**DEFT. NAME: FRANCES CABASSO      DFT #2**
 X PRESENT, _ NOT PRESENT,_ IN CUSTODY,  X ON BAIL
   ATTY FOR DEFT.: KENNETH KAPLAN
          X PRESENT,  _ NOT PRESENT


**DEFT. NAME:   ALAN SCHWARTZ              DFT #   7**
 X PRESENT,__ NOT PRESENT,_ IN CUSTODY X-ON BAIL
 ATTY FOR DEFT.:  JOHN WALLENSTEIN/ RICHARD WILLSTATTER
         _ PRESENT,  X NOT PRESENT


**DEFT. NAME: ADVENTURA TECHNOLOGIES       DFT #  8**
   X PRESENT, _ NOT PRESENT,_ IN CUSTODY,  ON BAIL
    ATTY FOR DEFT.:  SAMUEL BRAVERMAN
         X PRESENT,  _ NOT PRESENT

  **A.U.S.A.:** ALEXANDER MINDLIN, IAN RICHARDSON, CLAIRE KEDESHIAN, KAYLA BENSING
  **DEPUTY CLERK:**    LISA LUNDY
  **COURT REPORTER(S) OR ESR OPERATOR:**  LISA SCHMIDT
  **INTERPRETER:**

  CASE CALLED FOR STATUS CONFERENCE. DEFENDANTS AND COUNSEL CONSENT TO HOLD THIS PROCEEDING BY TELECONFERENCE; WAIVER OF SPEEDY TRIAL EXECUTED START DATE 1/28/2022 STOP DATE 4/7/2022 AT 1:30 PM .
 NEXT TELEPHONE CONFERENCE SET FOR 4/7/2022 AT 1:30 PM. TELECONFERENCE3 888-273-3658 ACCESS CODE 4660635.