

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

SBraverman@FBDMLaw.com

March 17, 2022

Hon. Denis R. Hurley
United States District Judge
United States Courthouse
100 Federal Plaza
Central Islip, New York 11722

Re:   *United States v. Cabasso, et al. (Aventura Technologies, Inc.)*
Dkt.:  19 Cr 582

Dear Judge Hurley:

    I am counsel for Defendant Aventura Technologies, Inc. ("Aventura") and I am in receipt of the Report and Recommendations of Judge Arlene R. Lindsay, USDJ, [Dkt entry 242, March 10, 2022] recommending denial of Defendant Aventura's motion for a hearing pursuant to *Kaley v. United States*, 571 U.S. 320 (2014). Defendant Aventura will file an objection to this Recommendation expeditiously and within the allowed time frame of 14 days from the entry of the order.

Respectfully submitted,

*Sam Braverman*

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

1