BEFORE: ARLENE R. LINDSAY  
UNITED STATES MAGISTRATE JUDGE

DATE: May 12, 2022  
TIME ON: 12:00 p.m.  
TIME OFF: 12:45 p.m.

Case No. 19-CR-582 (DRH)  

Courtroom Deputy: Robert Imrie

Criminal Cause for Bail Modification Hearing

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ MAY 1 2 2022 ★  
LONG ISLAND OFFICE

Defendant: Jack Cabasso  
    Present _X_    Not Present ___      In Custody ___   On Bail/Bond _X_

Attorney: Albert Y. Dayan            Ret'd _X_   CJA ___   FD of NY ___

AUSA: Ian Richardson, Alexander Mindlin

Interpreter: n/a

ESR Time: 12:10 - 12:40

_X_ Case Called     _X_ Counsel for all sides present.

___ Order Setting Conditions of Release and Bond entered.    ___ Special Conditions Apply.

___ Order of Detention entered.

___ Temporary Order of Detention entered.

Next Court appearance scheduled for _____

Preliminary Hearing ___ Waived; ___ Set for _____.

___ Waiver of Speedy Indictment executed from _____ to _____.

___ Defendant waives Speedy Trial from _____ to _____.

NOTES: Hearing re Doc #199: For the reasons set forth on the record the application to modify Mr. Cabasso's conditions of release was denied.