UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                           :
UNITED STATES OF AMERICA,            :
                                           :
            – against –                    :    Case No. 19-CR-582 (DRH)
                                           :
JACK CABASSO, et al.,                  :
                                           :
                       Defendants.      :
                                           :
------------------------------------------------------------- x

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendant Jack Cabasso and requests that all notices given or required to be given, and all papers served or required to be served, be given to or served upon:

> Harlan Protass
> PROTASS LAW PLLC
> 260 Madison Avenue
> 22nd Floor
> New York, NY 10016
> T: 212-455-0335
> F: 646-607-0760
> hprotass@protasslaw.com

Dated: New York, NY
         June 2, 2022

                                      PROTASS LAW PLLC

                                      By: _____
                                            Harlan Protass
                                      260 Madison Avenue
                                      22nd Floor
                                      New York, NY 10016
                                      T. 212-455-0335
                                      F. 646-607-0760
                                      hprotass@protasslaw.com

                                      *Counsel for Defendant*
                                      *Jack Cabasso*

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 2, 2022 I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE, dated June 2, 2022, to be served via ECF electronic delivery upon all parties of record herein.

By: _____
Harlan Protass