BEFORE: JOAN M. AZRACK  DATE: 11/7/2023
UNITED STATES DISTRICT JUDGE  TIME: 1:30 PM (15 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 19-cr-582**

**FILED
CLERK**

1:55 pm, Nov 07, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

**DEFENDANT: Jack Cabasso     DEF. #: 1**
☒ Present     ☐ Not present ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Barry Zone**
☐ Federal Defender     ☐ CJA     ☒ Retained

**DEFENDANT: Francis Cabasso     DEF. #: 2**
☒ Present     ☐ Not present ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Kenneth Kaplan**
☐ Federal Defender     ☐ CJA     ☒ Retained

**DEFENDANT: Aventura Technologies, Inc.  DEF. #: 8**
☒ Present     ☐ Not present ☐ Custody     ☒ Bail
**DEFENSE COUNSEL: Samuel Braverman, via telephone**
☐ Federal Defender     ☐ CJA     ☒ Retained

**AUSA: Alex Midlin**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Mary Ann Steiger     COURTROOM DEPUTY: LMP

☒ Case Called.     ☒ Counsel present for all sides.
☐ All parties consent to appear telephonically.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 11/7/2023 through 1/17/2024.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
    ☐ Detention hearing scheduled for .
☐ Bail hearing held. Disposition:
☒ Next court appearance/control date scheduled on 1/17/2024 at 2:00 PM.  Counsel shall contact the Court if the defendants wish to enter a plea before this date.

Defendant     ☐ Released on Bond ☐ Remains in Custody.

OTHER: