UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.

JACK CABASSO, FRANCES CABASSO, et al.

    Defendants,

and

I SHINE FLORIDA YACHTING, and
DR. ERIC WEINSTEIN,

    Claimants.

---

## CLAIMANTS' VERIFIED CLAIM OF INTEREST

1.    Pursuant to 21 U.S. Code § 853, Claimants I SHINE FLORIDA YACHTING LLC ("Claimant I Shine Florida Yachting LLC"), and DR. ERIC WEINSTEIN ("Claimant Weinstein"), (collectively, the "Claimants"), by and through their counsel, Levin & Associates, PLLC, of counsel, hereby file this verified claim and assert their interest and right to the following property: "an approximately seventy foot luxury recreational yacht, named 'Tranquilo,' registered in the name of Aventura Group, Inc., an entity owned and controlled by [FRANCES CABASSO] or [JACK CABASSO], bearing Hull Identification number XAX68S47C606 and U.S. Coast Guard number 1194245, seized on or about November 7, 2019, and all proceed traceable thereto" as set forth in sub-paragraph m in the second Whereas Clause in the government's Preliminary Orders of Forfeiture entered against defendants Jack Cabasso and Frances Cabasso (the "Tranquilo Yacht") (ECF Docket Numbers 320 and 321).

2.    Claimants have a claim to, interest in, and right to fifty percent of the Tranquilo

Yacht. The basis of Claimants' interest in the property is as follows:

a) While the Preliminary Orders of Forfeiture, ECF Docket Numbers 320 and 321, identify the Tranquilo Yacht as "registered in the name of the Aventura Group, Inc., an entity owned and controlled by" either JACK CABASSO or FRANCES CABASSO, that is not correct.

b) By Corporate Resolution dated July 23, 2015, Sebastian Phillip Holding Company, LLC purchased a one hundred percent ownership in the Aventura Group, Inc., from Aventura Technologies, Inc., which is a defendant in the case.

c) Aventura Technologies, Inc. no longer owns the Aventua Group, Inc., which Group's only asset had been the Tranquilo Yacht. (See Corporate Resolution attached hereto as Exhibit A).

d) Aventura Group, Inc. is fifty percent owned by Claimant I Shine Florida Yachting, LLC. and fifty percent owned by 1 For Charters, LLC. Upon information and belief, 1 For Charters LLC is controlled and owned by Defendant Frances Cabasso.

e) Claimant I Shine Florida Yachting is entirely owned and controlled by Claimant Dr. Eric Weinstein.

f) Thus 50 percent of the Tranquilo Yacht is owned by Dr. Weinstein through I Shine Florida Yachting, LLC, his company.

3. Dr. Weinstein is a dentist, who has absolutely no connection to any of the criminal activity in this case. He just has the misfortunate of having purchased a boat 50-50 with the Cabassos and having his property, as a result of this case, be tied up in the government's custody for years as

a result of it. His pleas to the government over the past several years to release his half of the property, or to conduct an interlocutory sale and give him back his 50% of the proceeds, have been to no avail. The government has made him wait for years to put in an ancillary claim, which he now does.

4. As a result of this seizure and having to wait years to put in this claim, Dr. Weinstein has lost money from potential charter revenue, the Tranquilo Yacht has depreciated in value, and he has had to incur legal fees in seeking its return.

5. There are no other defendants other than Frances Cabasso that have any conceivable claim to the Tranquilo Yacht, and thus this Claim may be heard expeditiously as Preliminary Orders of Forfeiture have been entered by the Court against both of those defendants.

6. Claimants have been in touch on a regular basis with the government over the past several years about his being an owner of the property and losing charter income as the government did not adequately pursue an interlocutory sale. The property has been languishing in government custody.

[The remainder of this page intentionally left blank.]

7.  As laid out herein, Claimants I Shine Florida Yachting and Dr. Eric Weinstein own a fifty percent share in the Tranquilo Yacht are the lawful owners of the property. As such, Claimants demand the return of their funds/property and the right to defend this action.

Dated: Brooklyn, New York
       January 16, 2024

    Respectfully submitted,

    Levin & Associates, PLLC

    By: __/s_____
        Duncan Levin, Esq.

    44 Court Street, Suite 905
    Brooklyn, New York
    E-Mail: dlevin@levinpllc.com

## VERIFICATION

I, Dr. Eric Weinstein, hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury: (1) that the foregoing is true and correct; and (2) that I have been authorized by I Shine Florida Yachting, LLC, of which I am the sole member, to execute this verification on its behalf, and I also make this claim on my behalf.

Executed this 12 day of January, 2024.

_____
Eric Weinstein

SHAQUILAH SIMMONDS
Notary Public - State of New York
NO. 01SI0009519
Qualified in Nassau County
My Commission Expires Jun 13, 2027

Sworn to before me on this 12 date of January, 2024

_____
Notary Public