# RESOLUTION
## SEBASTIAN PHILLIP HOLDING COMPANY, LLC

The following is a true copy of resolutions duly adopted by the Members (the "Members") of Sebastian Phillip Holding Company, LLC, a Florida Limited Liability Company ("the Company") at a Meeting (the "Meeting") of said Members duly held at Long Island, New York on July 23, 2015.

**WHEREAS**, in the judgment of the Members it is the best interests of the Company to acquire a one hundred (100%) percent ownership in The Aventura Group, Inc., a Florida Corporation ("Group") from Aventura Technologies, Inc., a Delaware Corporation, which Group's only asset is a 2006 Azimut 68S Motoryacht for the sum of four hundred seventy-five thousand ($475,000) dollars.

**NOW THEREFORE, IT IS RESOLVED** that the proposal to acquire a one hundred (100%) percent ownership in Group in exchange for four hundred seventy-five thousand ($475,000) dollars, be and the same is hereby approved and accepted, it is

**FURTHER RESOLVED**, that upon delivery by the Company of an agreement to sell said ownership, the Members of the Company are authorized and directed to execute and deliver the certificate for such shares of ownership as are required to be issued and delivered in accordance with the foregoing.

**FURTHER RESOLVED**, that the Company proceed to carry on the business for which it was incorporated.

Dated:   July 23, 2015

_____
I Shine Florida Yachting, LLC, Member

_____
1 For Charters, LLC, Member