**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AFM
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 23, 2026

By ECF

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Jack Cabasso
Criminal Docket No. 19-582 (JMA) (ARL)

Dear Judge Azrack:

The government does not oppose a brief adjournment of the defendant's deadline to respond to its submission, but does oppose the proposed 45-day extension. The government submits that an appropriate amount of time would be 14 days, the same extension previously granted to the government. The government respectfully submits that the Court should end the defendant's efforts to evade justice and bring a measure of closure to this case and Aventura's victims.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Alexander F. Mindlin
Kayla Bensing
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (by ECF) (JMA)
All counsel of record (by ECF)